HARRY BOEKEN *et al.* v. SCHOOL DISTRICT NO. 49 OF ALLEN COUNTY.

No. 15,311.   (93 Pac. 1132.)

JURISDICTION — *Supreme Court — Amount in Controversy.* The difference between the amount for which defendant offered to confess judgment and the amount of the verdict being but $89.25, the proceeding in error was dismissed.

Error from Allen district court; OSCAR FOUST, judge. Opinion filed January 11, 1908. Dismissed.

*Altes H. Campbell,* and *John F. Goshorn,* for plaintiffs in error.

*H. A. Ewing, S. A. Gard,* and *G. R. Gard,* for defendant in error.

*Per Curiam:* The school district sued Boeken, ex-treasurer of the district, and his bondsmen for $331.82, alleged to be remaining in his hands as such treasurer, belonging to the school district, and withheld by him on demand from his successor in office. Boeken answered setting up a counter-claim for a small amount, and admitted a balance of indebtedness of $105.29, for which he offered to confess judgment. The case was tried to a jury in the district court of Allen county,

a verdict was returned in favor of the plaintiff for $194.54, and judgment was rendered against the defendants for that sum and costs. The difference between the amount of the judgment and the offer is $89.25, and this is the sum attempted to be put in controversy in this court by the appeal. The error proceeding is not within the jurisdiction of this court. (Civ. Code, § 542; Gen. Stat. 1901, § 5019.)

The proceeding in error is dismissed.